IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| WILLIAM GOODRICH, #353147 | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. G-06-156 |
| | § | |
| BRAD LIVINGSTON, Executive Director | § | |
| Texas Dept. Criminal Justice; and | § | |
| RISSIE OWNES, Chairperson of the | § | |
| Texas Board of Pardons and Paroles | § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's Order entered on the same date herewith, this action

is **DISMISSED** with prejudice.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 10th day of January, 2007.

Samuel B. Kent
United States District Judge

1